IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| WES L. WILLIAMS, | ) |
|              **Plaintiff,** | ) |
| vs. | )   Case No. 18-04207-CV-C-NKL |
| IMPLUS FOOTCARE LLC, d/b/a PERFECT FITNESS, | ) |
|              **Defendant.** | ) |

**JUDGMENT IN A CIVIL CASE**

__X__    Jury Verdict.   This action came before the Court for a trial by jury.

____    Decision by Court.   This action came before the Court.   The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the verdict rendered on November 4, 2020, the jury found on the claim of Plaintiff Wes Williams for personal injury, the jurors, assess percentages of fault as follows: Defendant Implus Footcare 100%, Plaintiff Wes Williams 0 % .   The jurors found the total amount of Plaintiff's damages disregarding any fault on the part of Plaintiff to be $750,000.

Date: December 4, 2020                            PAIGE WYMORE-WYNN
                                                          Clerk of Court

                                                          s/ RENEA MATTHES MITRA
                                                          By: Renea Matthes Mitra, Courtroom Deputy